

| | THE CITY OF NEW YORK | |
|---|---|---|
| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ALFRED MILLER, JR.<br>*Senior Counsel*<br>Phone: (212)-356-0886<br>AlfMille@law.nyc.gov<br>(not for service) |

January 9, 2024

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: Adejumoke Ogunleye as Parent and Natural Guardian of D.O.., and Adejumoke Ogunleye Individually, v. David C. Banks in his official Capacity as Chancellor of the New York City Department of Education and New York City Department of Education. 1:23-cv-09524 (JGK).

Dear Judge Koeltl:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel and write this letter to request that Defendant's time to answer or move in the above-referenced action be extended to January 26, 2024. Defendants' answer is currently due on January 11, 2024. This is Defendant's second request. Plaintiff is represented by counsel. The undersigned Counsel for the Defendant has a medical condition which temporarily hinders his ability to investigate the claims in the Complaint and adequately respond. Plaintiffs have not responded to Defendants recent request, but given Your Honor's individual rules, Counsel wanted to timely file the request.

Accordingly, we respectfully request an enlargement of Defendants' time to answer or move with respect to the complaint until January 26, 2024.

Thank you for your consideration of this request.

Respectfully submitted,

*Alfred Miller*
Alfred Miller, Jr.
Assistant Corporation Counsel

cc: Rory Bellantoni, Esq., (Via ECF)
Counsel for Plaintiffs

APPLICATION GRANTED
SO ORDERED

*/s/ John G. Koeltl*
1/10/24
John G. Koeltl, U.S.D.J.