

**THE CITY OF NEW YORK**

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ALFRED MILLER, JR.**
*Senior Counsel*
Phone: (212)-356-0886
AlfMille@law.nyc.gov
(not for service)

March 8, 2024

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:    <u>Ogunleye v. Banks</u>, 23-cv-09524 (JGK).

Dear Judge Koeltl:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, and the attorney representing Defendants Chancellor David C. Banks in his official capacity and the New York City Department of Education.

      I write to respectfully request an enlargement of time, *nunc pro tunc*, for Defendants' Answer to the Complaint, which Defendants have filed today (ECF No. 10). Two prior requests for an enlargement to answer have been made by City Defendants, both of which the Court granted. Counsel for Plaintiffs consents to this request.

      As an initial matter, City Defendants apologize for the untimely request due to an oversight on my part. The undersigned Counsel who is also handling a matter seeking immediate implementation of a pendency order involving the same Plaintiff-student, inadvertently confused the two matters, and apologizes for the mistake.

      Prior to the entry of a default judgement, Courts permit a late response to a Complaint for "good cause." *See Packard v City of NY*, No. 1:15-cv-07130 (AT) (SDA), 2018 US Dist. LEXIS 72275, at *4-5 (S.D.N.Y. Apr. 30, 2018) (permitting City of New York to file a late answer where good cause existed); *Graves v. Corr. Med. Serv.*, No. 11-CV-01005 (AM), 2015 U.S. Dist. LEXIS 54928, at *3 (W.D.N.Y. Apr. 22, 2015), *aff'd*, 667 F. App'x 18 (2d Cir. 2016) (Defendants permitted to serve a late answer where a meritorious defense existed). Specifically, the Defendants' failure to timely file a response was not willful, and Plaintiffs will not be prejudiced by the delay. The initial conference in this proceeding is scheduled for March 26, 2024 at 2:30 PM, and accepting the Answer would not change that date. The instant matter also has a meritorious defense as it is an appeal of a State Review Officer's administrative

decision, which found that the Defendants offered the Plaintiff-student a free appropriate public education for the 2022-2023 school year.

Accordingly, City Defendants respectfully request that the Court *nunc pro tunc* enlarge the time to answer and accept the Answer.

Thank you for your consideration of this request.

Respectfully submitted,

Alfred Miller, Jr.
Assistant Corporation Counsel

cc:  Rory Bellantoni, Esq., (Via ECF)
     Counsel for Plaintiffs