UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

ADEJUMOKE OGUNLEYE,

           Plaintiff,

   - against -

DAVID C BANKS, ET AL.,

           Defendants.
───────────────────────────────────

23-cv-9524 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **March 25, 2024.**

SO ORDERED.

Dated:   New York, New York
          March 11, 2024

                                            John G. Koeltl
                                   United States District Judge