UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADEJUMOKE OGUNLEYE, et al.,
                              Plaintiff(s)

                                                                    23 civ 9524 (JGK)

            -against-

DAVID C. BANKS, et al,
                              Defendant(s).
------------------------------------------------------------X

## ORDER

The Court, having directed the parties to file a Rule 26(f) report by March 25, 2024,

The conference scheduled for March 26, 2024, at 2:30pm, is canceled.

**SO ORDERED.**

JOHN G. KOELTL
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        March 13, 2024