

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

ALFRED MILLER, JR.
*Senior Counsel*
Phone: (212) 356-2392
AlfMille@law.nyc.gov

**VIA ECF**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**

9/27/24
John G. Koeltl, U.S.D.J.

Re: *Ogunleye et al. v. Banks et al.*, 23-cv-09524 (JGK)

Dear Judge Koeltl:

As Your Honor may recall, I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for Defendants. On August 2, 2024, Your Honor granted the parties' joint briefing schedule for their respective motion for summary judgement in this matter. This matter arises under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq. ("IDEA"), and is an appeal of an administrative decision from the New York State Education Department's Office of State Review which found that the City Defendants offered a "free appropriate public education" ("FAPE") for the 2023-2024 school year.

I write to respectfully seek a two week extension—from September 30, 2024 to October 15, 2024—for the Defendants to file its Opposition and Cross-Motion for Summary Judgement. This is the Defendants first request for an extension of time to file its motion and opposition to the Plaintiff's Motion for Summary Judgement. The Plaintiffs consent to the requested enlargement. As the request impacts the subsequent briefing schedule the parties consent to extending each current date by two weeks.

Accordingly, the Parties propose the following briefing schedule:

October 15, 2024 - Defendants to file Opposition and Cross-Motion for Summary Judgment
October 29, 2024 - Plaintiffs to file Opposition and Reply
November 12, 2024 - Defendants to file Reply.

I thank the Court for its consideration in this matter.

Respectfully submitted,

Alfred Miller Jr.
*Senior Counsel*

cc:   **All Counsel by ECF**