```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

ADEJUMOKE OGUNLEYE,                    23-cv-9524 (JGK)

        Plaintiff,           ORDER

  - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

        Respondents.

------------------------------------------------------------

JOHN G. KOELTL, District Judge:

The parties are directed to provide the Court with paper courtesy copies of **all papers** filed in connection with the fully briefed motions for summary judgment.

SO ORDERED.

Dated:    New York, New York
           December 18, 2024

                                                  John G. Koeltl
                                     United States District Judge