UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ADEJUMOKE OGUNLEYE, ET AL.,

                Plaintiffs,

-against-                              23 **CIVIL** 9524 **(JGK)**

                                                           **JUDGMENT**

DAVID C. BANKS, ET AL.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated Jul 21, 2025, the plaintiff's motion for summary judgment is denied. The defendants' motion for summary judgment is granted. Accordingly, the case is closed.

**Dated:**  New York, New York

      July 22, 2025

                                                               **TAMMI M. HELLWIG**
                                                                **Clerk of Court**

                                **BY:**

                                                                  **Deputy Clerk**