UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ADEJUMOKE OGUNLEYE, et al.,
Plaintiff(s)

23 civ 9524 (JGK)

-against-

DAVID C. BANKS, et al.,
Defendant(s).
-----------------------------------------------------------X

**ORDER**

A conference will be held on **Tuesday, November 3, 2026, at 11:30am.**

**Dial-in: (646) 453-4442. Conference ID: 675 278 33#.**

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
October 19, 2026