UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ADEJUMOKE OGUNLEYE,
Plaintiff(s)

23 civ 9524 (JGK)

-against-

DAVID C. BANKS, et al.,
Defendant(s).
-----------------------------------------------------------X

**ORDER**

The conference scheduled for Tuesday, November 3, 2026, is **adjourned to Tuesday, November 10, 2026, at 2:30pm. Dial-in: 646 453-4442, with Conference ID 675 278 33#.**

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
October 27, 2026