UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEJUMOKE OGUNLEYE, ET AL.,

Plaintiffs,

- against -

DAVID C. BANKS, ET AL.,

Defendants.

23-cv-9524 (JGK)

<u>Order</u>

**John G. Koeltl, District Judge:**

As discussed during the telephone conference held on November 10, 2026, the plaintiff may file a letter motion of no more than five (5) pages by **December 1, 2026** regarding the proper disposition of this case. The defendant may respond by a letter motion of no more than five (5) pages by **December 22, 2026**.

SO ORDERED.

Dated: New York, New York
November 10, 2026

John G. Koeltl
United States District Judge